UNITED STATES of America,
Plaintiff–Appellee,

v.

Kenneth TERRELL, Defendant–
Appellant.

No. 12–10823
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 18, 2012.

Brian Tanner, James D. Durham, Natalie Cavanaugh Lee, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

James Scott Byrne, Savannah, GA, Kenneth Terrell, Jesup, GA, for Defendant–Appellant.

Before BARKETT, HULL and MARTIN, Circuit Judges.

PER CURIAM:

James Scott Byrne, appointed counsel for Kenneth Terrell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Terrell's conviction and sentence are **AFFIRMED**.